## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Anthony Jerome Swinton, #25383

*[Enter the full name of the plaintiff in this action]*

v.

_Sheriff-AL Cannon_
_Jail Admin. - MitCH.P. Lucas_

_____

_____

_____

*Enter above the full name of defendant(s) in this action*

Civil Action No. 2:09-188-PMD-RSC
*(to be assigned by Clerk)*

**COMPLAINT**
**State Prisoner**

RECEIVED
USDC CLERK, COLUMBIA, SC
2009 JAN 22 P 12: 17

RECEIVED
USDC CLERK, CHARLESTON, SC
2009 JAN 27 A 11: 06

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?          Yes_____          No __✓__

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

    Plaintiff: _N/A_

    Defendant(s): _N/A_

2. Court: _N/A_
    *(If federal court, name the district; if state court, name the county)*

3. Docket Number: _N/A_

4. Name(s) of Judge(s) to whom case was assigned: _N/A_

5. Disposition: _N/A_
    *(For example, was the case dismissed? Appealed? Pending?)*

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _N/A_

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Charleston County Detention Center

B. What are the issues that you are attempting to litigate in the above-captioned case? _____
Legal Law Library

C. (1) Is there a prisoner grievance procedure in this institution?    Yes ✓    No_____

(2) Did you file a grievance concerning the claims you are raising in this matter?    Yes ` ___    No ✓

When_____    Grievance Number (if available) _____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?    Yes ✓    No_____

E. When was the final agency/departmental/institutional answer or determination received by you? _____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?    Yes_____    No_____

G. If your answer is YES:

1. What steps did you take?_____

2. What was the result?_____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Anthony Jerome Swinton    Inmate No.: 25383
Address: Charleston County Det. Cente N. Charleston S.C 29405

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: A L Cannon    Position: Sheriff

Place of Employment: C C D C

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
Mitch - P Lucas - Jail Admin.

_____

_____

Complaint - State Prisoner
Revised October 3, 2007

2:09-cv-00188-PMD    Date Filed 01/26/09    Entry Number 1    Page 3 of 5

IV.   STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

Sheriff AL Cannon, Administrator chief Deputy Mitch P. Lucas, Major Hord Grove, Captain Gathers, and Captain Keys in there official capacity are responsible for the fair, safe, Healthy conditions and any actions resulting from the running of operations here at Charleston County Detention Center (C.C.DC) I (Anthony Jerome Swinton) have dilegently looked into the law library system here at C.C.D.C I have been unsuccesful in seeking out said (Law Library). I feel as though, how can I properly prepare myself for a case if I do not have the proper legal materials. That would be accessible in said Law Library

Complaint - State Prisoner
Revised October 3, 2007

IV.   STATEMENT OF CLAIM - continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint - State Prisoner
Revised October 3, 2007

V.    RELIEF

*State briefly and exactly what you want the court to do for you.*

ALL Financial expenses including cost incurred for Attorney, pain and suffering, mis direction etc. Also, I would like to see a Law Library Faculty available to all Inmates being housed at CCDC so that they have the Correct material to prepare for there case.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___20th___ day of ___January___, 20_09_.

___Anthony J. Swinton___
*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007